# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   DERRICK A JOHNSON                     §    Case No.: 11-37313
         KATISHA M JOHNSON                     §
                                               §
         Debtor(s)                             §

------------------------------------------------------------------------

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/13/2011.

2) This case was confirmed on 11/07/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/22/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/28/2012, 07/26/2012.

5) The case was dismissed on 09/17/2012.

6) Number of months from filing to the last payment: 7

7) Number of months case was pending: 16

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $  43,800.00

10) Amount of unsecured claims discharged without payment $  .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 3,054.16 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 3,054.16 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,884.29 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 161.87 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,046.16 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA NA | SECURED | 121,800.00 | 208,810.15 | .00 | .00 | .00 |
| BANK OF AMERICA NA | SECURED | NA | 10,904.16 | 10,904.16 | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | 97,914.00 | NA | NA | .00 | .00 |
| ILLINOIS TITLE LOANS | SECURED | 2,250.00 | 3,354.08 | 2,250.00 | .00 | .00 |
| ACCOUNT MANAGEMENT S | UNSECURED | 1,781.00 | 1,781.50 | 1,781.50 | .00 | .00 |
| ACME CONTINENTIAL CR | UNSECURED | 361.00 | 361.01 | 361.01 | .00 | .00 |
| DIRECTV | UNSECURED | 412.00 | NA | NA | .00 | .00 |
| ALLIED CASH ADVANCE | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 800.00 | 1,332.95 | 1,332.95 | .00 | .00 |
| SAUK VILLAGE POLICE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| SAUK VILLAGE POLICE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| SAUK VILLAGE POLICE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 424.00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 6,264.00 | 430.79 | 430.79 | .00 | .00 |
| CAVALRY PORTFOLIO SE | UNSECURED | 391.00 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 412.00 | NA | NA | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | 460.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 900.00 | 1,233.00 | 1,233.00 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 5,045.00 | 8,266.97 | 8,266.97 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,131.00 | 1,888.77 | 1,888.77 | .00 | .00 |
| COMED | UNSECURED | 544.00 | NA | NA | .00 | .00 |
| COMED | UNSECURED | 353.00 | NA | NA | .00 | .00 |
| COMCAST CHICAGO | UNSECURED | 114.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| WOW INTERNET CABLE S | UNSECURED | 520.00 | NA | NA | .00 | .00 |
| COMCAST CHICAGO | UNSECURED | 353.00 | NA | NA | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | 1,006.72 | NA | NA | .00 | .00 |
| FIRST CASH ADVANCE | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| FIRST CHOICE LOANS | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| HAMMOND CLINIC | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| HERITAGE ACCEPTANCE | UNSECURED | 2,946.00 | NA | NA | .00 | .00 |
| HOUSTON FUNDING CORP | UNSECURED | 890.00 | 889.90 | 889.90 | .00 | .00 |
| IL BELL TELEPHONE CO | UNSECURED | 5,834.00 | 5,834.36 | 5,834.36 | .00 | .00 |
| PEOPLES GAS | UNSECURED | 801.00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 1,202.00 | NA | NA | .00 | .00 |
| LAKE IMAGING | UNSECURED | 373.00 | NA | NA | .00 | .00 |
| HAMMOND CLINIC | UNSECURED | 95.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 223.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HO | UNSECURED | 522.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 340.00 | 676.72 | 676.72 | .00 | .00 |
| NICOR GAS | UNSECURED | 474.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 159.00 | NA | NA | .00 | .00 |
| PINNACLE SECURITY LL | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 1,000.00 | 1,718.64 | 1,718.64 | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| PRIMERICA FINANCIAL | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| PROACTIVE SOLUTION | UNSECURED | 67.00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 143.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 200.00 | 2,775.00 | 2,775.00 | .00 | .00 |
| CITY OF COUNTRY CLUB | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| VILLAGE OF STEGER | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF TINLEY PA | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF DOLTON | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| VILLAGE OF DOLTON | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| VILLAGE OF EAST HAZE | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| ROGERS & HOLLAND | UNSECURED | 651.00 | NA | NA | .00 | .00 |
| SALLIE MAE ECFC | UNSECURED | 80,511.00 | 67,427.25 | 67,427.25 | .00 | .00 |
| SSM GROUP LLC | UNSECURED | 510.00 | NA | NA | .00 | .00 |
| PEOPLES ENERGY | UNSECURED | 801.00 | NA | NA | .00 | .00 |
| UNITED AUTO | UNSECURED | 99.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 50,482.00 | 51,160.14 | 51,160.14 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 3,717.00 | 3,732.55 | 3,732.55 | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| US DEPT OF ED | UNSECURED | 1,266.00 | NA | NA | .00 | .00 |
| VIRTUOSO SOURCING | UNSECURED | 52.00 | NA | NA | .00 | .00 |
| VONAGE TELEPHONE COM | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| LATRECE VINES | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
=======================================================================
 Scheduled Creditors:                                                  

 Creditor                    Claim         Claim        Claim       Principal      Int.
   Name           Class    Scheduled      Asserted     Allowed        Paid         Paid

 SPRINT NEXTEL       UNSECURED      NA       686.34       686.34         .00         .00
 CAPIO PARTNERS LLC  UNSECURED      NA       975.00       975.00         .00         .00
 ASSET ACCEPTANCE LLC UNSECURED     NA     1,619.68     1,619.68         .00         .00
 JEFFERSON CAPITAL SY UNSECURED     NA       381.84       381.84         .00         .00
 EQUABLE ASCENT FINAN UNSECURED     NA       381.42       381.42         .00         .00
 ILLINOIS TITLE LOANS UNSECURED     NA          .00     1,104.08         .00         .00
 ROBERT J SEMRAD & AS PRIORITY      NA          .00         8.00        8.00         .00
=======================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 10,904.16 | .00 | .00 |
| Debt Secured by Vehicle | 2,250.00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 13,154.16 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 8.00 | 8.00 | .00 |
| **TOTAL PRIORITY:** | 8.00 | 8.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 154,657.91 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,046.16 |
| Disbursements to Creditors | $ | 8.00 |
| **TOTAL DISBURSEMENTS:** | $ | 3,054.16 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   01/07/2013                              /s/ Tom  Vaughn
                                                 Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**      : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**